IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00596–DME–KMT

JOHN R. MURRAY,

    Plaintiff,

v.

JEWELL COUNTY, KANSAS,
KATHLEEN SEBELIUS,
DARRELL MILLER,
DAVID L. FULLERTON,
CLEVELAND COUNTY, OKLAHOMA,
GREG MASHBURN,
JOE LESTER,
DEMEA GUIDICE,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Second Request for Relief and Supporting Factual Allegations" (Doc. No. 34, filed 5/5/2011), which the court construes as a motion for leave to amend the complaint. Plaintiff's operative complaint contains a "First Request for Relief and Supporting Factual Allegations." (Doc. No. 1 at 10.) Thus, Document 34 appears to be an addition to Plaintiff's complaint. If leave to amend is granted and Document 34 is accepted as filed, it will replace Document 1 as the operative complaint in this action. Because Document 34 only contains Plaintiff's Second Request for Relief, it would effectively dismiss Plaintiff's First Claim for Relief. The court assumes that this is not the result Plaintiff seeks. The court will deny the motion without prejudice. If Plaintiff chooses to refile, he must attach the entirety of his proposed amended complaint to his motion. The proposed amended complaint must contain all of Plaintiff's claims.

Moreover, Plaintiff failed to confer with Defendants before filing the present motion. The Tenth Circuit has cautioned that *pro se* litigants "must follow the same rules of procedure that govern other litigants."  *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders.") (citing cases).  The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed.  D.C.COLO.LCivR 7.1A.; *see also Visor v. Sprint*, No. Civ.A. 96-K-1730, 1997 WL 796989, at *1 (D. Colo. Dec. 31, 1997).

The court cautions Plaintiff that future motions filed by Plaintiff without conferring may result in the court denying the motions.

Plaintiff's "Second Request for Relief and Supporting Factual Allegations" is DENIED without prejudice.

Dated: May 10, 2011