IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00596–DME–KMT

JOHN R. MURRAY,

    Plaintiff,

v.

DEMEA GUIDICE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Contempt Citation" (Doc. No. 47, filed July 11, 2011) is DENIED for Plaintiff's failure to confer with Defendants before filing the present motion, as is required by the Local Rules of Practice for the District of Colorado.  *See* D.C.COLO.LCivR 7.1A. Moreover, to the extent Plaintiff seeks sanctions pursuant to Fed. R. Civ. P. 11, the motion is DENIED for failure to comply with Fed. R. Civ. P. 11(c)(2).

Dated: July 15, 2011